1  ALEX G. TSE (CABN 152348)
   Acting United States Attorney
2
   BARBARA J. VALLIERE (DCBN 439353)
3  Chief, Criminal Division

4  SHEILA A.G. ARMBRUST (CABN 265998)
   RITA F. LIN (CABN 236220)
5  Assistant United States Attorneys

6      450 Golden Gate Avenue, Box 36055
       San Francisco, California 94102-3495
7      Telephone: (415) 436-6961
       FAX: (415) 436-7234
8      sheila.armbrust@usdoj.gov

9  Attorneys for United States of America

10                          UNITED STATES DISTRICT COURT

11                         NORTHERN DISTRICT OF CALIFORNIA

12                                SAN FRANCISCO DIVISION

13  UNITED STATES OF AMERICA,              ) No. CR 17-0244 WHO
                                           )
14          Plaintiff,                     )
                                           ) STIPULATION AND
15      v.                                 ) ORDER TO CONTINUE SENTENCING HEARING
                                           )
16  JUAN JOSE FLORES,                      )
                                           )
17          Defendant.                     )
                                           )
18  _____)

19      The parties are currently scheduled to appear for sentencing before the Honorable William H.

20  Orrick, III, on April 12, 2018, at 2:00 p.m. By stipulation of the parties, and with consent of the

21  defendant, the parties move to continue sentencing to June 7, 2018. Government counsel has conferred

22  with U.S. Probation Officer Monica Romero, who confirms that this is an available date for her to

23  appear for sentencing.

24  //

25  //

26  //

27  //

28  //

STIP. TO CONTINUE SENTENCING
CR 17-00240 WHO                                    1

SO STIPULATED.

DATED: March 23, 2018

ALEX G. TSE
Acting United States Attorney

/s/
SHEILA A.G. ARMBRUST
Assistant United States Attorney

DATED: March 23, 2018

/s/
KENNETH H. WINE
Counsel for Defendant Juan Jose Flores, Jr.

Attestation of Filer

In addition to myself, the other signatory to this document is Kenneth H. Wine. I attest that I have his permission to enter a conformed signature on his behalf and to file the document.

DATED: March 23, 2018

/s/
SHEILA A.G. ARMBRUST
Assistant United States Attorney

**ORDER**

For the reason stated, IT IS HEREBY ORDERED that defendant Juan Jose Flores's sentencing is continued to June 7, 2018, at 2:00 p.m.

IT IS SO ORDERED.

DATED: March 26, 2018

HONORABLE WILLIAM H. ORRICK, III
United States District Judge